UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at KNOXVILLE

| | |
|---|---|
| JAMES M. LOVEDAY ) | |
| ) | |
| *Petitioner*, ) | |
| ) | |
| v. ) | No. 3:05-cv-572 |
| ) | *Phillips* |
| WAYNE BRANDON, Warden ) | |
| ) | |
| *Respondent*. ) | |

## **JUDGMENT ORDER**

In accordance with the accompanying Memorandum, the petition for the writ of habeas corpus is **DENIED** as time-barred and this action is **DISMISSED**. Should the petitioner give timely notice of an appeal from this decision, such notice will be treated as an application for a certificate of appealability, which under the circumstances is hereby **DENIED**. The court further **DENIES** the petitioner leave to proceed *in forma pauperis* on appeal.

**E N T E R:**

    s/ Thomas W. Phillips
United States District Judge